# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS

**ORIGINAL**

Form To Be Used By A Prisoner in Filing a Complaint
Under the Civil Rights Act, 42 U.S.C. § 1983

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
FEB - 6 2012
CLERK, U.S. DISTRICT COURT
By _____ Deputy

Joel White 521163
Plaintiff's name and ID number

Dallas Transitional Center
Place of Confinement

v. Mrs Vanessa Saenz
8819 N Stemmons FWY
Defendant's name and address

Case No. 3-12CV-376-P
(Clerk will assign the number)

_____
Defendant's name and address

_____
Defendant
( DO NOT USE "ET AL.")

---

## INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the Clerk of the United States Court for the appropriate District of Texas in the Division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. The list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate District Court, the Division and an address list of the Divisional Clerks.

**FILING FEE AND IN FORMA PAUPERIS**

1. In order for your complaint to be filed, it must be accompanied by the filing fee of $350.00.

2. If you do not have the necessary funds to pay the filing fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis (IFP)*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six (6) month history of your Inmate Trust Account. You can acquire the application to proceed IFP and appropriate Inmate Account Certificate from the law library at your prison unit.

3. 28 U.S.C. 1915, as amended by the Prison Litigation Reform Act of 1995 (PLRA), provides, "...if a prisoner brings a civil action or files an appeal *in forma pauperis*, the prisoner shall be required to pay the full amount of a filing fee." Thus, the Court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the Court will apply 28 U.S.C. 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your Inmate Account, until the entire $350 filing fee has been paid.

4. If you intend to seek *in forma pauperis* status, then do not send your complaint without an Application to Proceed IFP, and the Certificate of Inmate Trust Account. Complete all the essential paperwork before submitting it to the Court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the Court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion (s) for any other relief. Failure to file a **NOTICE TO THE COURT OF CHANGE OF ADDRESS** may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:

A. Have you filed *any* other lawsuits in state or federal court relating to your imprisonment? ✓ YES ___ NO

B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

1. Approximate date of filing lawsuit: September 8, 2011
2. Parties to previous lawsuit:
   Plaintiff(s) Joel White
   Defendant(s) OFFICER Kirby
3. Court: (If federal, name the district; if state, name the county.) The Northern District of Texas Dallas Division
4. Docket Number: No. 3-11-CV-2272-L-BD
5. Name of judge to whom case was assigned: Honorable Lindsay.
6. Disposition: (Was the case dismissed, appealed, still pending?) Still pending
7. Approximate date of disposition: Unknown

2

II. PLACE OF PRESENT CONFINEMENT: Dallas Transitional Center

III. EXHAUSTION OF GRIEVANCE PROCEDURES:
Have you exhausted both steps of the grievance procedure in this institution?   ___YES  ✓NO

Attach a copy of the Step 2 grievance with the response supplied by the prison system.

IV. PARTIES TO THIS SUIT:
A. Name and address of plaintiff: Joel White 521163
899 N Stemmons FWY Dallas, Texas 75207

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: Mrs. Vanessa Saenz, Case Manage Dallas Transitional Center 899 N Stemmons FWY Dallas, Tx

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #2: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #3: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #4: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #5: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

3

V. STATEMENT OF CLAIM:
State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember that the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

I'm mental retarded that will qualify me to obtain assistant from Texas Department of Assistive and Rehabilitative Services (Dars). On July 25, 2011 Dars have hired Work Ready to assist me in finding employment; in addition, Work Ready has appoint to me Mrs. Jocelyn Johnson, an Employment Specialist cellphone (469) 394-4396. Mrs. Johnson, said, "Mr. White, will you please give me your cellphone number." I told her, I'm not allow to have a cellphone in my possession at the Dallas Transitional Center. She said, "If I find you a job, how can Work Ready get in contact with you?" I said, "You needs to get in contact with my Case Manager Mrs. Vanessa Saenz, at (214) 742-1971 ext 813 and she will convey employment messages to me." On November 23, 2011 about 3:00pm I called Mrs. Johnson, she said, "Mr. White, I had you a job and I have been try to get in contact with you for two weeks." Mr. White, did

VI. RELIEF: State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I wants Avalon Correctional Services to compensate me from November 23, 2011 to January 30, 2012. 40 hours a week at $8.00 a hour and permit me to have a cellphone.

VII. GENERAL BACKGROUND INFORMATION:
A. State, in complete form, all names you have ever used or been known by including any and all aliases: Ulishes White
Billy Joe White, Larry White, John H Dillinger, Tony Joe White, Same Brown

B. List all TDCJ-ID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you, if known to you. 286140, 341415, ?, 521163

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed?   ___YES ✓NO

B. If your answer is "yes", give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

   1. Court that imposed sanctions (if federal, give the district and division):
   2. Case Number:_____
   3. Approximate date sanctions were imposed:_____
   4. Have the sanctions been lifted or otherwise satisfied?
      ___YES___NO

4

you get my messages?" I said, "Mrs Saenz, haven't relay any job messages to me at any time." Mrs. Saenz, is make it very difficult for me to obtain employment. By intentionally refuse to convey Mrs Johnson's job messages to me. Mrs. Vanessa Saenz, are hinder and deprive me of the opportunity to better myself. I believe Avalon Correctional Services is "exploite" me. Mrs Vanessa Saenz, will retaliate.

C. Has any court ever warned or notified you that sanctions could be imposed? _____ YES ✓ NO

D. If your answer is "yes", give the following information for every lawsuit in which warning was imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed warning (if federal, give the district and division): _____

2. Case Number: _____

3. Approximate date warnings were imposed: _____

Executed on: 2-06-2012
DATE

_____
Joel White
(Signature of plaintiff)

PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand if I am released or transferred, it is my responsibility to keep the Court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand that I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions in a Court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire $350 filing fee and costs assessed by the Court, which shall be deducted in accordance with the law from my inmate account by my custodian until the filing fee is paid.

Signed this Monday day of February, 2012.
         (Day)           (month)        (year)

_____
Joel White
(Signature of plaintiff)

**WARNING:** The Plaintiff is hereby advised any false or deliberately misleading information provided in response to the following questions will result in the imposition of sanctions. The sanctions the Court may impose include, but are not limited to monetary sanctions and/or the dismissal of this action with prejudice.

5



**AVALON**
CORRECTIONAL SERVICES, INC.
& SOUTHERN CORRECTIONS SYSTEM, INC
(A WHOLLY OWNED SUBSIDIARY)

## DALLAS TRANSITIONAL CENTER

Jan 17, 2012

To Whom It May Concern: _____

This letter serves to verify that:
Joel White is presently residing at the Dallas Transitional Center, located at 899 N. Stemmons Frwy, Dallas, Texas 75207. The resident arrived on 12/18/10, with an estimated staying time until 07/18/12. This facility provides transitional housing for persons on Parole or Probation. The resident's room and board are paid for either by Dallas County or the State of Texas.

To my knowledge, the above resident is:

　　　　__X__　Presently without a source of income.

　　　　_____　Presently working.

　　　　_____　Presently receiving SSI or V A benefits.

Should you have any questions you may contact us at 214-742-1971

Sincerely,

Vanessa Saenz
Case Manager

Avalon Correctional Services is disregard Step one grivance and refuse to respond to it. Therefore, I have advance to the Civil Rights Act, 42 U.S.C. § 1983

Joel White
2-06-2012

# DALLAS TRANSITIONAL CENTER
## RESIDENT GRIEVANCE FORM – STEP 1          **DTC**

| Grievance Number | Date Received | Grievance Code |
|---|---|---|
| | | |

**Resident's Name:** (Last, First, Middle Initial)  
White, Joel

**Room Assignment**  
#19

**Nature of the Complaint:** (Please describe in detail the nature of your complaint. Provide all details such as dates, times, places, and persons involved. Use additional sheets if necessary, however do not write on the back of this form.)

On November 23, 2011, about 3:00pm I called Mrs. Johnson, an Employment Specialist, that assist me in find a job. She said, "I have been try to get in contact with you for two weeks concern employment." "Did you get my messages?" I inform her that no one at Dallas Transitional Center had relay any employment messages to me. Avalon's case manages are refuse to relay employment messages to me; furthermore, they are preventing me from finding a job. Employment is a [right]. Avalon Correctional Services, must allow me all the opportunies to find a job and let me utilize telephone, fax, computer, and relay all employment messages to me. Avalon Correctional Services is in the business of housing ex-offenders for profit. If I'm unemployed, I can't move out of this so-called Transitional Center. Avalon Correctional Services is violating my [civil right]. We needs to resolve this problem.

**Signature of Resident:**  
Joel White #521163

**Date Complaint Submitted:**  
11-29-2011  
9:30pm

Distribution:   Original – Resident's Grievance File  
Copy – Resident